IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN BOYAJIAN : CIVIL ACTION
:
v. :
:
UNITED STATES OF AMERICA : NO. 10-1064

ORDER

AND NOW, this 14th day of October, 2011, after a bench trial held on July 26 and July 27, 2011, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the Court finds for the plaintiff and against the defendant.

Judgement is hereby entered in favor of the plaintiff and against the defendant in the amount of $72,700.16.

This case is closed.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.